**Charles Moore, defendant in error, v. Leslie Cook, plaintiff in error. Gen. No. 7,980.**

Assumpsit for goods furnished. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Ed. D. Henry and Thomas L. Jarrett, for plaintiff in error. Miles Gray, for defendant in error; William L. Patton, of counsel.

Mr. Presiding Justice Crow delivered the opinion of the court.

---

**Harold D. Bever, appellee, v. Commercial Credit Trust Company et al. First Acceptance Corporation, appellant. Gen. No. 7,987.**

Replevin. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Homer English, for appellant. Chas. M. Peirce, for appellee.

Mr. Presiding Justice Crow delivered the opinion of the court.

---

**J. B. Highmore, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,990.**

Action to recover for loss sustained in shipping live stock. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed November 6, 1926.

Graham & Graham, for appellant. William J. Lawler, for appellee.

Mr. Presiding Justice Crow delivered the opinion of the court.

---

**Johanna Gallivan and Gerald J. Gallivan, executors of the last will and testament of Thomas J. Gallivan, deceased, appellees, v. Chester & O'Byrne Transfer Company, appellant. Gen. No. 7,973.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

Dobbins & Dobbins, for appellant. F. M. Green, George E. Martin and Oris Barth, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.